Tue Aug 29 14:05:08 2006

UNITED STATES DISTRICT COURT

CINCINNATI, OH

Receipt No. 100 431606
Cashier scot

Check Number: 6450

DO Code Div No
4661 1

| Sub Acct | Type | Tender | Amount |
|---|---|---|---|
| 1:510000 | N | 2 | 190.00 |
| 2:086900 | N | 2 | 60.00 |
| 3:086400 | N | 2 | 100.00 |

Total Amount $ 350.00

NEWMAN & MEEKS

FILING FEE 1:06CV569

Tue Aug 29 14:05:08 2006

Check No. 6450
Amount$ 350.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661