AFFIDAVIT OF LISA T. MEEKS

STATE OF OHIO )
SS.
COUNTY OF HAMILTON)

Personally appeared before the undersigned Notary Public, Lisa T. Meeks, who on oath deposes and says:

1. I am competent to testify and I have personal knowledge of the statements contained in my affidavit.

2. Attached to this affidavit is a true and accurate copy of the following documents from State of Ohio v. John Griesinger (C 06DRB1414):

a. Complaint of Voyeurism;

b. Affidavit of Linda Lang

c. Journal Entry.

FURTHER AFFIANT SAYETH NAUGHT.

Lisa T. Meeks

Sworn to and subscribed in my presence, this 27 day of November 2006.

NOTARY PUBLIC

STEPHEN R. FELSON, Attorney at Law
Notary Public, State of Ohio
My Commission Has No Expiration Date
Section 147.03

2907.08 VOYEURISM

CASE NO. C 06 CRB 1414

# COMPLAINT

## HAMILTON COUNTY MUNICIPAL COURT

STATE OF OHIO vs. John Griesinger
11708 Retreview Lane
(Address)
Loveland Ohio 45140

D66781467 C

Linda Lang, being first duly cautioned and sworn, deposes and says that John Griesinger on or about 12/22/05 (date), in Hamilton County, and State of Ohio, ~~for the purpose of sexually arousing or gratifying himself/herself~~, did * surreptitiously invade the privacy of Linda Lang in order to** spy upon Linda Lang, contrary to and in violation of Section 2907.08 of the Revised Code of Ohio.

The complainant states that this complaint is based on The subject secretly taking photographs of Linda Lang's breast region which showed her cleavage.

Sworn to and subscribed before me this 1-12-06

[signature]
Notary Public/Deputy Clerk/Judge

AUTHORIZED TO ADMINISTER OATHS PEACE OFFICER

[signature: Linda Lang]
(Complainant)
6680 DEERVIEW DR.
(Address)
LOVELAND, OH 45140

Filed - GREGORY HARTMANN

By
Deputy Clerk

INSERT ONE OF THE FOLLOWING:
*"commit trespass" or "surreptitiously invade the privacy of (victim's name)"
**"spy upon (victim's name)" or "eavesdrop upon (victim's name)"

Form ... CONTROL NO. 876576 ARREST AGENCY HCSO 1st Appear. ______ REPORT NO. ______

STATE OF OHIO

CASE NO: C 06 CRB 1414

DATE: 1-13-06

# AFFIDAVIT
## HAMILTON COUNTY MUNICIPAL COURT

D66781468 A

JOHN GRIESINGER
11708 RETVIEW LN L
LOVELAND, OHIO 45140

Before me personally came Linda Lang who, being duly sworn according to law, states that on or about the 13th day of January, 2006 at 11801 Rich Rd Loveland, Ohio, John Griesinger (name of accused), did *

TAKE PICTURES OF MY BREAST AREA WITHOUT MY PERMISSION AT A BASKETBALL GAME ON DEC. 22, 2005 BECAUSE HE DID NOT LIKE WHAT I WAS WEARING. THIS TOOK PLACE AFTER 18 MONTHS OF BEING INTIMIDATED BY MR. GRIESINGER.

Linda Lang

Location of offense 11801 Rich rd Loveland, Oh 45140

Linda Lang
Complainant / Witness

6680 DEERVIEW DR.
Address

LOVELAND, OH 45140

Sworn to before me, and subscribed in my presence this 13th day of January, 20

AUTHORIZED TO ADMINISTER OATHS PEACE OFFICER PURSUANT TO R.C. 2935.081

Rodney Housley
Notary Public / Deputy Clerk

*State the offense you allege the defendant committed and the facts and evidence that lead you to believe that he did in fact commit the offense.

LIST BELOW NAME, ADDRESS AND TELEPHONE NUMBER OF WITNESSES IN ORDER OF THEIR IMPORTANCE

| Name | Address | Phone No. |
|---|---|---|
| Rodney Housley #775 | 9321 Union Cemetery Rd | (513) 683-3445 |
| | | |
| | | |

HAMILTON COUNTY MUNICIPAL COURT
JOURNAL ENTRY - MITTIMUS

PAGE: ____

PRE-ROLL: STOCKDALE/DAVID/C
ACTIVATE DATE: 01/17/2006

| CLERK'S USE ONLY | |
|---|---|
| INITIALS: | |
| PAYMENT DATE: | |
| RECEIPT NO.: | |
| FINE: | |
| COSTS: | |
| CON/CAR: | |
| WIT FEES: | |
| JURY FEES: | |
| P.D. FEES: | |
| JJF FEE: | |
| BMV FEE: | |
| TOTAL PAID: | |

CASE: C/06/CRB/1414 PROB. VIOL.: ____
DEFENDANT: GRIESNGER/JOHN
CTLNO: 876576 TICKET:
SEC. VIOL: 2907-08 E ORCN
CHARGE: VOYEURISM M3
ARREST DATE: 01/13/2006
JMS NUMBER: COUNTY
SEX: M D.O.B. 09/11/1955
DEF. COUNSEL: Gubbeys- 5977
PROS. WIT: LANG/LINDA

TO THE SHERIFF OF HAMILTON COUNTY, GREETINGS: Where as, the above defendant was arrested and charged with the above section number. For good cause shown, the defendant is ordered to give bail in the sum indicated below. You are, therefore, commanded to receive the defendant into your custody until the trial date, or until he/she gives bail as ordered. Or, whereas, the above defendant, having been tried and convicted of said charge(s) is sentenced, as indicated below. Therefore, we command you to receive the defendant into your custody, there to remain until he/she has fully executed the terms of the sentence, or until otherwise discharged by due course of law.

| DATE | ACTION | SIGNATURE OF JUDGE/MAGISTRATE |
|---|---|---|
| 01/17/2006 1:00 pm | CR121<br>Arraignment - Probable cause to hold demonstrated ( ) YES ( ) NO<br>THE BOND SHALL BE $________ MAY BE AT 10% ( ) YES ( ) NO | |
| | **WRITTEN PLEA OF NOT GUILTY** | |
| | C/06/CRB/1414 GRIESNGER/JOHN NJ TLOT<br>COURT DATE:02/14/06 AT 9:00 AM IN ROOM 174 COURTHOUSE | |
| 2-14-06 | Witnesses sworn, trial had. π's motion to amend to RC 2907.08(E) granted. πX 1, 2 & 3 admitted. Rule 29 motion granted. Δ acquitted. | Judge |
| Date | The decision of the magistrate is adopted and the recommended sentence is entered as the judgment of the court effective the 15th day after this date, provided no objections are filed prior to said 15th day, or such earlier date as the defendant files a waiver of objections. | |