**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **JOHN GRIESINGER,** | : | **CASE NO. 1:06CV569** |
| | : | |
| **Plaintiff,** | : | **Judge Barrett** |
| | : | |
| **-vs-** | : | **REPLY MEMORANDUM AND MOTION** |
| | : | **TO STRIKE OF DEFENDANTS,** |
| **LOVELAND CITY SCHOOL** | : | **LOVELAND CITY SCHOOL DISTRICT,** |
| **DISTRICT, et al.,** | : | **LINDA LANG, MICHAEL RAPP AND** |
| | : | **MOLLY MOREHEAD** |
| **Defendants.** | : | |
| | : | |

---

Now come Defendants, Loveland City School District, Linda Lang, Michael Rapp, and Molly Morehead, and hereby adopt the Reply Memorandum and Motion to Strike filed by Defendant, Rodney Housley. The record is clear in this case, whether considering any evidence outside the pleadings or not, that Plaintiff, John Griesinger, was only acquitted after a trial on the merits on the underlying criminal charge. That criminal charge was brought as a result of an amendment sought by the prosecutor, and allowed by the judge. Accordingly, there is no question that the probable cause standard was met in the underlying criminal matter, just not the "beyond a reasonable doubt standard". There is, therefore, no basis for Plaintiff's complaint in this instance. For these and all the reasons contained in their Motion to Dismiss, these Defendants respectfully request the Court dismiss Plaintiff's complaint in its entirety.

Respectfully submitted,

/s/ Thomas B. Bruns

Thomas B. Bruns (0051212)
FREUND, FREEZE & ARNOLD
Fourth & Walnut Centre
105 East Fourth Street, Suite 1400
Cincinnati, OH 45202-4006
Phone: (513) 665-3500
Fax: (513) 618-3915
cfaulkne@ffalaw.com
Attorney for Defs, Loveland City School District, Linda Lang, Michael Rapp and Molly Morehead

## CERTIFICATE OF SERVICE

I hereby certify that on this 22[ND] of December, 2006, I filed the foregoing document using the Court's CM/ECF system, which will send notification of filing to the following:

Lisa T. Meeks
Robert B. Newman
NEWMAN & MEEKS, CO., L.P.A.
617 Vine Street, Suite 1401
Cincinnati, Ohio 45202
Attorney for Plaintiff

Jerome Kunkel
Thomas Deye
Assisting Prosecuting Attorneys
230 E. 9th Street, Ste. 4000
Cincinnati, Ohio 45202
Phone: (513) 946-3103
Attorneys for Defendant
Rodney Housley

/s/ Thomas B. Bruns
Thomas B. Bruns