UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JOHN GRIESINGER, | : | Case No. 1:06cv569 |
| Plaintiff, | : | (Judge Barrett) |
| v. | : | <u>AFFIDAVIT OF RICHARD GOLDBERG</u> |
| LOVELAND CITY SCHOOL DIST., *et al.*, | : | |
| Defendants. | : | |

STATE OF OHIO )
)SS:
COUNTY OF HAMILTON )

*Richard J. Goldberg, having been first duly cautioned and sworn, deposes and states as follows:*

1. I was the attorney for John Griesinger in the Hamilton County Municipal Court case of *State of Ohio v. Griesinger*, No. C/06/CRB/1414.

2. At no time during the criminal proceedings was the issue of probable cause ever discussed, raised, argued, briefed, or mentioned in any way.

3. When the matter of amending the criminal complaint was raised in chambers, the sole issue discussed was an amendment from R.C. 2907.08(A)-(D) to R.C. 2907.08(E).

4. I agreed to the amendment in order to prevent the State from dismissing, refiling, and rearresting my client. Again, the issue of probable cause had no bearing upon this decision or upon any matter discussed in chambers.

*Further affiant sayeth naught.*

Richard J. Goldberg

Sworn to and subscribed in my presence this 12th day of January, 2007.

Notary Public STEPHEN J. SCHUN

NOTARY PUBLIC
STATE OF OHIO

Attorney at Law
Notary Public, State of Ohio
My Commission Has No Expiration
Date. Section 147.03 O.R.C.